

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

The State of Texas,                          * From the County Court at Law No. 2
                                               of Taylor County, Texas
                                               Trial Court No. 2-87-15.

Vs. No. 11-15-00202-CR                       * July 21, 2016

Hardik Yagnesh Vyas,                         * Per Curiam Memorandum Opinion
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the State of Texas.